**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9  BOARD OF TRUSTEES, et al.                No. C-12-06322 DMR

10           Plaintiffs,                    **ORDER STAYING CASE**

11       v.

12  ONTIVEROS CONCRETE INC,

13           Defendant.
   _____/

14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16       Pursuant to the notice of Defendant's bankruptcy proceeding [Docket No. 11], the above-

17  captioned action is stayed and all case management deadlines are hereby vacated.  The parties shall

18  advise the court immediately when the automatic stay pursuant to 11 U.S.C. § 362 is lifted.

19

20       IT IS SO ORDERED.

21

22  Dated:  March 20, 2013

23                                          _____

24                                          DONNA M. RYU
                                            United States Magistrate Judge

25

26

27

28