UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,  No. C-12-06322 DMR

    Plaintiff(s),  **ORDER OF DISMISSAL**

  v.

ONTIVEROS CONCRETE INC,

    Defendant(s).
_____/

The court orders the administrative closure of this case. The parties shall reopen the case by filing a joint status report within seven days of the lifting of the automatic bankruptcy stay.

IT IS SO ORDERED.

Dated: December 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge